

**FILED**

3:15 pm, 7/7/22

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILLIAM MICHAEL CROTHERS et al., <br><br> Plaintiff, <br><br> vs. <br><br> TETON COUNTY BOARD OF COUNTY COMMISSIONERS, et al., <br><br> Defendant. | Case No. 22-CV-028-NDF |

ORDER GRANTING PERMISSION TO FILE NON-PUBLIC DOCUMENTS

This matter comes before the Court on Plaintiff John Doe's Motion for Leave to File his Motion to Proceed Under Pseudonym Under Seal. The court, having been fully informed on the matter, grants the parties permission to file the motion, response, and reply as **non-public documents** under the US. District Court of Wyoming CM/ECF Procedures Manual, paragraph III.P, available at wyd.uscourts.gov/Wyoming-cmecf.

The Plaintiff shall file the motion no later than July 14, 2022. The response is due July 21, 2022, and the reply is due July 28, 2022.

Dated this  7th  day of July, 2022.

_____
NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE