IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ROBERT CHARLES "CHARLIE" ROSEN, WILLIAM MICHAEL "MIKE" CROTHERS, AND PETER "PETE" MULDOON § § § § Plaintiffs, § § v. § § TETON COUNTY BOARD OF COUNTY § COMMISSIONERS, MATT CARR in his § individual and official capacity as Teton § County Sheriff, ERIN WEISMAN in her § individual and official capacity as Teton § County and Prosecuting Attorney, and § BRETON BOMMER, DAVID HODGES, § CLAYTON PLATT, ANDREW ROUNDY, § CLARK ALLAN, AND RICHARD ROES, in their individual capacities, Defendants. | | CASE NO. 22-CV-00028-NDF JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

COME NOW Plaintiffs Robert Charles "Charlie" Rosen ("Rosen"), William Michael "Mike" Crothers ("Crothers"), and Peter "Pete" Muldoon ("Muldoon") (together, "Plaintiffs"), by and through their attorneys, file this Motion For Leave to File Documents Under Seal ("Motion"). Plaintiffs respectfully allege and show the Court as follows:

1. On Friday, October 21, Plaintiffs filed their Response to Defendants Erin Weisman and Clark Allan's ("Defendants") Supplement to Motion to Compel the Depositions of Nonparties Thomas Fleener, Devon Petersen, and Army Captain Kelsey Fleener. In that Response, Plaintiffs referenced several excerpts from Defendant Clark Allan's deposition to rebut certain allegations in Defendants' Motion to Compel. ECF No. 93 at 5–6. Plaintiffs did not attach these excerpts to

their Response because such excerpts have been designated confidential by Defendants. Plaintiffs now move to file the deposition excerpts under seal to support their Response.

2. The Protective Order in this matter requires that any material designated as confidential by any party shall be filed with the Court under seal. ECF No. 45 at 3–4 ¶ 8. However, Local Rule 5.1(g) requires that, before filing any material under seal, this filing party must first obtain permission from the Court. Accordingly, pursuant to the Protective Order in this matter and this Court's Local Rules, Plaintiffs now move for this Court's permission to file under seal certain excerpts from Allan's deposition designated as confidential by Defendants.[1]

3. For these reasons, the Plaintiff respectfully request that this Court grant Plaintiffs' Motion for Leave to File Documents Under Seal.

Dated: October 27, 2022

Respectfully submitted,

By: */s/ Dylan French*
Thomas Fleener, Wyo. State Bar #6-3747
tom@fleenerlaw.com
FLEENER PETERSEN, LLC
506 S. 8th St.
Laramie, WY 82070
(307) 460-4333
Rex Mann – Admitted *pro hac vice*
Texas Bar No. 24075509
rmann@winston.com
Dylan French – Admitted *pro hac vice*
dfrench@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
Telephone: 214-453-6500
Of counsel: Professor Sheldon H. Nahmod
1301 N. Dearborn St. #1206
Chicago, Illinois 60610

---

[1] Plaintiffs expressly reserve the right to challenge and, indeed, intend to challenge the confidentiality designations on other portions of Allan's deposition. Plaintiffs will file a separate motion addressing the matter.

- 3 -

Email: snahmod@kentlaw.edu
Phone (cell): 312-485-9599

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on counsel of record via the Court's CM/ECF system on this 27th day of October.

*/s/ Dylan French*
Dylan French