IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ROBERT CHARLES "CHARLIE" ROSEN, WILLIAM MICHAEL "MIKE" CROTHERS, AND PETER "PETE" MULDOON<br><br>    Plaintiffs,<br><br>    v.<br><br>TETON COUNTY BOARD OF COUNTY COMMISSIONERS, MATT CARR in his individual and official capacity as Teton County Sheriff, ERIN WEISMAN in her individual and official capacity as Teton County and Prosecuting Attorney, and BRETON BOMMER, DAVID HODGES, CLAYTON PLATT, ANDREW ROUNDY, CLARK ALLAN, AND RICHARD ROES, in their individual capacities,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 22-CV-00028-NDF<br>JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

THIS MATTER having come before the Court on Plaintiffs' Motion for Leave to File Documents Under Seal, and the Court being fully informed of the matter hereby GRANTS said motion and thereby provides Plaintiffs with leave to file the requested documents under seal.

Dated this 28th day of October, 2022.

Kelly H. Rankin
MAGISTRATE JUDGE