| | | |
|---|---|---|
| Timothy W. Miller, Bar No. 5-2704 | Thomas A. Thompson, Bar No. 6-2640 | John D. Bowers, Bar No. 6-3090 |
| Senior Assistant Attorney General | MacPherson & Thompson, LLC | Bowers Law Firm, PC |
| Wyoming Attorney General's Office | P.O. Box 999 | P.O. Box 1550 |
| 109 State Capitol | 616 W. Buffalo | Afton, WY 83110 |
| Cheyenne, Wyoming 82002 | Rawlins, WY 82301 | (307) 885-1000 |
| (307) 777-5820 | tthompson@wyomingattorneys.net | (307) 885-1002 |
| (307) 777-8920 Facsimile | | john@1000.legal |
| tim.miller@wyo.gov | | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILLIAM MICHAEL "MIKE" CROTHERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TETON COUNTY BOARD OF COUNTY COMMISSIONERS, et al., <br><br> Defendants. | ) ) ) ) ) ) Case No. 22-CV-00028-NDF ) ) ) ) ) ) ) |

## MOTION TO SEAL
## DEFENDANTS' DESIGNATIONS OF EXPERT WITNESSES [ECF NOS. 99 and 100]

Plaintiffs have requested that defendants' expert designations in this matter (ECF Nos. 99 and 100) be sealed. Defendants are agreeable to this request.

WHEREFORE, the parties respectfully request that ECF Nos. 99 and 100 be sealed.

1

DATED this 11th day of November, 2022.

/s/Timothy W. Milller
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-8920 Facsimile
tim.miller@wyo.gov

Attorney for Individual Defendants

/s/Thomas A. Thompson
Thomas A. Thompson, Bar No. 6-2640
MacPherson & Thompson, LLC
616 W. Buffalo
Rawlins, WY 82301
(307) 324-2713
(307) 324-7348 Facsimile
tthompson@wyomingattorneys.net

Attorney for Defendant Matt Carr, in his official capacity

/s/John D. Bowers
John D. Bowers, Bar No. 6-3090
Bowers Law Firm, PC
P.O. Box 1550
Afton, WY 83110
(307) 885-1000
(307) 885-1002
john@1000.legal

Attorney for Erin Weisman, in her official and individual capacity, Clark Allan, in his individual capacity and the Teton County Prosecuting Officer

## CERTIFICATE OF SERVICE

    I do hereby certify that on this 11th day of November, 2022, a true and correct copy of the foregoing **Motion to Seal Defendants' Designations of Expert Witnesses** was served as indicated below:

| | |
|---|---|
| Thomas Fleener<br>Fleener Petersen, LLC<br>506 S. 8th Street<br>Laramie, WY   82070<br>tom@fleenerlaw.com | [✓] CM/ECF |
| Rex Mann (pro hac vice)<br>Dylan French (pro hac vice)<br>Winston & Strawn LLP<br>2121 N. Pearl St., Suite 900<br>Dallas, TX   75201<br>rmann@winston.com<br>dfrench@winston.com | [✓] CM/ECF |

Attorneys for Plaintiffs

 

                                          */s/Kailie D. Harris*
                                        Kailie D. Harris, Paralegal
                                        Office of the Wyoming Attorney General