JOHN D. BOWERS – WSB # 6-3090
Bowers Law Firm, PC
P.O. Box 1550
Afton, WY 83110
Telephone (307) 885-1000
Facsimile (307) 885-1002
john@1000.legal

*Counsel for Erin Weisman in her official and individual capacity Clark Allan in his individual capacity and the Teton County Prosecuting Office*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT CHARLES "CHARLIE" ROSEN, WILLIAM MICHAEL "MIKE" CROTHERS, and PETER "PETE" MULDOON | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Civil No. 22-cv-00028-NDF<br>)<br>) |
| TETON COUNTY BOARD OF COUNTY COMMISSIONERS, MATT CARR in his individual and official capacity as Teton County Sheriff, ERIN WEISMAN in her individual and official capacity as Teton County and Prosecuting Attorney, and BRETON BOMMER, DAVID HODGES, CLAYTON PLATT, ANDREW ROUNDY CLARK ALLAN, and RICHARD ROES In their individual capacities | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) |

### AMENDED MOTION TO FILE SUMMARY JUDGMENT MEMORANDUM IN EXCESS OF TWENTY-FIVE PAGES (ADDITIONAL FOUR PAGES) AND REQUEST TO BE ALLOWED TO FILE THE MOTION FOR SUMMARY JUDGMENT WITH THE MEMORANDUM UNDER SEAL

COME NOW the above captioned Defendants, Erin Weisman in her official

Motion to File Excess Length Brief & to File Under Seal
Crothers & Muldoon vs Teton County *et al* - Civil No. 22-cv-28 NDF
Page 1 of 4

and individual capacity, Clark Allan in his individual capacity and Teton County Prosecutor's Office (hereafter "Defendant Teton County Attorney's Office") by and through John D. Bowers of Bowers Law Firm PC hereby respectfully asks the Court for leave to file an excess length brief, specifically, not to exceed twenty-nine pages rather than the twenty-five page limitation and that the motion for summary judgment with the memorandum in support of the motion for summary judgment be filed under seal by informing the Court as follows:

1. There are three plaintiffs in this case whose claims arise from separate prosecutions or incidents. Their complaint in this matter consisted of sixty-nine pages filled with numerous allegations against individuals in their official capacity, their individual capacity, and governmental entities.

2. The Plaintiffs' claims against the Defendants are numerous and complex. They range from § 1983 constitutional claims to Wyoming state law infliction of emotional distress claims.

3. To address the vast claims of the Plaintiffs, Teton County Attorney's Office needs a few additional pages. A significant attempt for brevity in the memorandum has been attempted, however, the memorandum in support of the motion still comes to twenty-nine pages.

4. Counsel for Teton County Prosecutors contacted counsel for the Plaintiffs via email on November 30, 2022 and they responded stating that they did not object to Defendant Teton County Prosecutors filing a brief in excess of twenty-five pages or to filing the brief under seal.

5. Teton County Prosecutor's Office motion for summary judgment addresses matters that are subject to the protective order entered into by this Court. In addition, they address a matter which is currently pending in the Wyoming Juvenile Justice System.

WHEREFORE, the Teton County Prosecutor's Office respectfully asks that they be allowed to file their motion with supporting memorandum under seal and

Motion to File Excess Length Brief & to File Under Seal
Crothers & Muldoon vs Teton County *et al* - Civil No. 22-cv-28 NDF
Page 2 of 4

that the Court grant them leave to file a memorandum in support of the motion for summary judgment not to exceed twenty-nine pages.

RESPECTFULLY SUBMITTED this 1st day of December, 2022

          /s/  *John D. Bowers*
JOHN D. BOWERS
Bowers Law Firm, PC
P.O. Box 1550
Afton, WY 83110
*Counsel for Defendants*
*Weisman, Allan, & Teton County*
*Prosecutor's Office*

Motion to File Excess Length Brief & to File Under Seal
Crothers & Muldoon vs Teton County *et al* - Civil No. 22-cv-28 NDF
Page 3 of 4

**CERTIFICATE OF SERVICE**

      I certify that the foregoing Supplement to Amended Motion to File Excess Page Brief and Request to File Under Seal was served on December 1, 2022 as follows:

| | | |
|---|---|---|
| Thomas Fleener | [_____] | US Mail |
| Fleener Petersen, LLC | [_____] | Fed Ex |
| 506 S. 8th Street | [_____] | Facsimile |
| Laramie, WY 82070 | [_____] | E-mail |
| tom@fleenerlaw.com | [___X___] | E-filed |
| | | |
| Rex Mann (pro hac vice) | [_____] | US Mail |
| Dylan French (pro hac vice) | [_____] | Fed Ex |
| Winston & Strawn LLP | [_____] | Facsimile |
| 2121 N. Pearl Street, Suite 900 | [_____] | E-mail |
| Dallas, TX 75201 | [___X___] | E-filed |
| rmann@winston.com | | |
| dfrench@winston.com | | |
| | | |
| Tim Miller | [_____] | US Mail |
| Wyoming Attorney General's Office | [_____] | Fed Ex |
| 109 State Capitol | [_____] | Facsimile |
| Cheyenne, WY 82002 | [_____] | E-mail |
| Tim.miller@wyo.gov | [___X___] | E-filed |
| | | |
| Thomas A. Thompson | [_____] | US Mail |
| MacPherson & Thompson, LLC | [_____] | Fed Ex |
| PO Box 999 | [_____] | Facsimile |
| Rawlins, WY 82301 | [_____] | E-mail |
| tthompson@wyomingattorneys.net | [___X___] | E-filed |

      /s/ *John D. Bowers*
      JOHN D. BOWERS
      Bowers Law Firm, PC
      P.O. Box 1550
      Afton, WY 83110
      Counsel for Defendants
      Erin Weisman in her official capacity,
      Clark Allan in his individual capacity,
      Teton County Prosecutor's Office

Motion to File Excess Length Brief & to File Under Seal
Crothers & Muldoon vs Teton County *et al* - Civil No. 22-cv-28 NDF
Page 4 of 4