FILED

10:40 am, 12/2/22

**Margaret Botkins**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILLIAM MICHAEL "MIKE" CROTHERS, et al., | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 22-CV-00028-NDF |
| v. | ) ) |
| TETON COUNTY BOARD OF COUNTY COMMISSIONERS, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION FOR ORDER

THIS MATTER is before the Court on the motion for order by Defendants Breton Bommer, David Hodges, Clayton Platt, Andrew Roundy and Matt Carr, in their individual capacities (the "Individual Defendants). ECF 116. Having considered the motion, good cause appearing therefor, and being otherwise fully advised,

IT IS HEREBY ORDERED as follows:

1. The Individual Defendants may filed their motion and combined memorandum, together with exhibits requiring confidentiality as non-public documents.

2. The Individual Defendants shall publicly file redacted versions of the motion and memorandum no later than December 6, 2022.

DATED this <u>2nd</u> day of December, 2022.

*Nancy D. Freudenthal*

NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE