

**FILED**

4:36 pm, 12/15/22

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILLIAM MICHAEL CROTHERS *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TETON COUNTY SHERIFF MATTHEW CARR *in his official capacity et al.*, <br><br> Defendants. | Case No. 22-CV-028-NDF |

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT NON-PUBLIC DOCUMENTS

THIS MATTER having come before the Court on Plaintiffs Robert Charles "Charlie" Rosen, William Michael "Mike" Crothers, and Peter "Pete" Muldoon (collectively, "Plaintiffs"), Motion for Leave to File Non-Public Documents. ECF 126. Having considered the motion, good cause appearing therefor, and being otherwise fully advised,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs may file their Response to Defendants' Motions for Summary Judgment, (ECF 118, 120) together with any exhibits requiring confidentiality as non-public documents.

2. Plaintiffs shall publicly file redacted versions of the Response no later than December 20, 2022.

Dated this 15th day of December, 2022.

_____
NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE