**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

ROBERT CHARLES "CHARLIE"
ROSEN, WILLIAM MICHAEL "MIKE"
CROTHERS, AND PETER "PETE"
MULDOON

§

   Plaintiffs,                              §          CASE NO. 22-CV-00028-NDF
                                            §          JURY TRIAL DEMANDED
   v.                                       §
                                            §
TETON COUNTY BOARD OF COUNTY                §
COMMISSIONERS, MATT CARR in his             §
individual and official capacity as Teton   §
County Sheriff, ERIN WEISMAN in her         §
individual and official capacity as Teton   §
County and Prosecuting Attorney, and        §
BRETON BOMMER, DAVID HODGES,                §
CLAYTON PLATT, ANDREW ROUNDY,               §
CLARK ALLAN, AND RICHARD ROES,              §
in their individual capacities,

   Defendants.

<u>**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SINGLE RESPONSE TO**</u>
<u>**DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**</u>

COME NOW Plaintiffs Robert Charles "Charlie" Rosen ("Rosen"), William Michael

"Mike" Crothers ("Crothers"), and Peter "Pete" Muldoon ("Muldoon") (together, "Plaintiffs"), by

and through their attorneys and Pursuant to Local Rule 7.1(b)(2)(B), hereby move for leave to file

a single Response to the various Defendants' Motions for Summary Judgment.

Plaintiffs state as follows:

1. The three Plaintiffs have filed a sixty-nine page, sixteen-count complaint alleging several

violations of State and Federal law aimed at several Defendants in their individual and official

capacities.

2. The law enforcement Defendants, after first seeking leave of this Court, filed one

combined, lengthy Motion and corresponding Memorandum in Support for Summary Judgment

rather than separate pleadings.  The Memorandum was 48 pages in length.  In its Order, this Court allowed Plaintiffs 50 pages to respond to law enforcement Defendants pleading.

3.   The attorney Defendants, also after first seeking leave of this Court, filed a lengthy Motion and corresponding Memorandum in Support for Summary Judgment.  The Memorandum was 28 pages in length.  Under Local Rule 7.1(b)(2)(B), Plaintiffs are allowed 25 pages to respond to this pleading.

4.   Both law enforcement Defendants' and attorney Defendants' Motions and Memorandums in support make numerous references to the others' pleading, making separate Responses difficult and unwieldly.

5.   Based on the foregoing, Plaintiffs respectfully submit that good cause exists for them to file a single brief, and to file their Response in a pleading addressing all the points raised by the various Defendants.  The brief will be no longer than 75 pages in length.

6.   The responsive pleading is due on December 16, 2022.

7.   Counsel reached out to the various Defendant's counsel by email and asked whether they objected to a single brief no greater than 75 pages in length.  At the time of this filing, counsel has only heard from one of three attorneys.  That defense attorney did not object.

WHEREFORE Plaintiffs respectfully request relief as set forth above, pursuant to the Order submitted herewith.


Dated: December 16, 2022                    Respectfully submitted,

                                            By :/s/ Tom Fleener
                                                Thomas Fleener, Wyo. State Bar #6-3747
                                                tom@fleenerlaw.com
                                                FLEENER PETERSEN, LLC
                                                506 S. 8th St.
                                                Laramie, WY 82070
                                                (307) 460-4333

Rex Mann – Admitted *pro hac vice*
Texas Bar No. 24075509
rmann@winston.com
Dylan French – Admitted *pro hac vice*
dfrench@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, Texas 75201
Telephone:  214-453-6500
Of counsel: Professor Sheldon H. Nahmod
1301 N. Dearborn St. #1206
Chicago, Illinois 60610
Email: snahmod@kentlaw.edu
Phone (cell): 312-485-9599

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document has been served on counsel

of record via the Court's CM/ECF system on this 16th day of December 2022

*/s/ Tom Fleener* _____
Thomas Fleener