**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

ROBERT CHARLES "CHARLIE"
ROSEN, WILLIAM MICHAEL "MIKE"
CROTHERS, AND
PETER "PETE" MULDOON

§

Plaintiffs,                                    §          CASE NO. 22-CV-00028-NDF
                                               §          JURY TRIAL DEMANDED
v.                                             §
                                               §
TETON COUNTY BOARD OF COUNTY                   §               *AMENDED*
COMMISSIONERS, MATT CARR in his                §
individual and official capacity as Teton      §
County Sheriff, ERIN WEISMAN in her            §
individual and official capacity as Teton      §
County and Prosecuting Attorney, and           §
BRETON BOMMER, DAVID HODGES,                    §
CLAYTON PLATT, ANDREW ROUNDY,                   §
CLARK ALLAN, AND RICHARD ROES,                 §
in their individual capacities,

Defendants.

**PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS**
**UNDER SEAL**

COME NOW Plaintiffs Robert Charles "Charlie" Rosen ("Rosen"), William Michael

"Mike" Crothers ("Crothers"), and Peter "Pete" Muldoon ("Muldoon") (together, "Plaintiffs"), by

and through their attorneys, file this Motion For Leave to File Documents Under Seal ("Motion").

Plaintiffs respectfully allege and show the Court as follows:

1.      The Protective Order in this matter requires that any material designated as

confidential by any party shall be filed with the Court under seal.  ECF No. 45 at 3–4 ¶ 8.  However,

Local Rule 5.1(g) requires that, before filing any material under seal, this filing party must first

obtain permission from the Court.

2.      Shortly before filing this Motion, Plaintiffs filed their Motion to Remove the

Confidentiality Designation From Excerpts of Defendant Clark Allan's Deposition Testimony

("Motion to Remove"). In that Motion to Remove, Plaintiffs seek to challenge Defendants' confidentiality designations on several excerpts of Allan's deposition testimony. While Plaintiffs dispute the propriety of Defendants' confidentiality designations, Plaintiffs now move to file these excerpts under seal with this Court to comply with the Protective Order in this matter and Local Rule 5.1(g).

3.      For these reasons, the Plaintiff respectfully request that this Court grant Plaintiffs' Motion for Leave to File Documents Under Seal.


Dated: January 5, 2023                          Respectfully submitted,

                                                By :/s/ Tom Fleener_____
                                                    Thomas Fleener, Wyo. State Bar #6-3747
                                                    tom@fleenerlaw.com
                                                    FLEENER PETERSEN, LLC
                                                    506 S. 8th St.
                                                    Laramie, WY 82070
                                                    (307) 460-4333
                                                    Rex Mann – Admitted *pro hac vice*
                                                    Texas Bar No. 24075509
                                                    rmann@winston.com
                                                    Dylan French – Admitted *pro hac vice*
                                                    dfrench@winston.com
                                                    WINSTON & STRAWN LLP
                                                    2121 N. Pearl St., Suite 900
                                                    Dallas, Texas 75201
                                                    Telephone: 214-453-6500
                                                    Of counsel: Professor Sheldon H. Nahmod
                                                    1301 N. Dearborn St. #1206
                                                    Chicago, Illinois 60610
                                                    Email: snahmod@kentlaw.edu
                                                    Phone (cell): 312-485-9599

                                                    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on counsel of record via the Court's CM/ECF system on this 29th day of December.

*/s/ Tom Fleener* _____
Tom Fleener

## CERTIFICATE OF CONFERENCE

I certify that Plaintiffs have conferred with the Defendants regarding the relief requested in this Motion by way of email.  Counsel for law enforcement defendants, including Carr in his official capacity do not object to filing the pleading under seal.  It has been four days since seeking their position, and Counsel has not heard from counsel for attorney defendants.

*/s/ Tom Fleener* _____
Tom Fleener