IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ROBERT CHARLES "CHARLIE" ROSEN, WILLIAM MICHAEL "MIKE" CROTHERS, and PETER "PETE" MULDOON<br><br>Plaintiffs,<br><br>vs.<br><br>TETON COUNTY BOARD OF COUNTY COMMISSIONERS, MATT CARR in his individual and official capacity as Teton County Sheriff, ERIN WEISMAN in her individual and official capacity as Teton County and Prosecuting Attorney, and BRETON BOMMER, DAVID HODGES, CLAYTON PLATT, ANDREW ROUNDY CLARK ALLAN, and RICHARD ROES In their individual capacities<br><br>Defendants | Civil No. 22-cv-00028-NDF |

## ORDER GRANTING DEFENDANTS MOTION FOR LEAVE TO FILE NON-PUBLIC DOCUMENTS

THIS MATTER having come before the Court by way of Defendants Erin Weisman in her official and individual capacity, Clark Allan in his individual capacity and Teton County Prosecutor's Office, Motion for Leave to File Non-Public Documents, the Court having reviewed the file and being fully informed of the matter,

IT IS HEREBY ORDERED that the Court hereby GRANTS the Motion and provides the Defendants with leave to file the requested documents as non-public.

IT IS FURTHER ORDERED that the Defendants shall file a redacted version

of the same filing by January 30, 2023.

DATED this 25th day of January, 2023.

_____
KELLY H. RANKIN
UNITED STATES MAGISTRATE JUDGE